# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARLOS LAMPLEY

NO. 2022 KW 0056

MARCH 28, 2022

---

In Re: Carlos Lampley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-14-1125.

---

BEFORE: McDONALD, LANIER, AND WOLFE, JJ.

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT